UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAI LAXMI, LLC,

    Plaintiff,

v.                                              Case No: 8:22-cv-574-SCB-JSS

GREAT AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Plaintiff moves the court for a ruling on Defendant's objections and instructions not to answer during the deposition of Defendant's corporate representative pursuant to Federal Rule of Civil Procedure 30(b)(6) and for an order compelling Defendant's corporate representative to bring, review, and answer appropriate questioning regarding unredacted documents at his continued deposition scheduled for October 21, 2022. (Motion, Dkt. 17). Defendant opposes the Motion. (Dkt. 19.) The court held a hearing on the Motion on October 18, 2022. (Dkt. 20.) Upon consideration and for the reasons stated during the hearing, it is **ORDERED**:

    1. Plaintiff's Motion for Ruling on Defendant's Objections and Instructions Not to Answer at Corporate Representative's Deposition Conducted August 23, 2022, and Motion to Compel Corporate Representative to Bring, Review, and Answer Appropriate Questioning about the

Unredacted Documents at Continued Deposition in Compliance with Deposition Notice (Dkt. 17) is **GRANTED in part** and **DENIED in part.**

2. Defendant is directed to bring a hardcopy set of the redacted documents called for in the deposition notice to the continued deposition of its Fed. R. Civ. P. 30(b)(6) corporate representative on October 21, 2022, and subsequent depositions.

3. Defendant is further directed to review its redactions as applied to those documents and to revise the redactions, as appropriate, to remove only that privileged information asserted by counsel during the hearing.

4. Defendant must also ensure that, ahead of the October 21, 2022 continued deposition, its corporate representative has reviewed the unredacted versions of those documents and is prepared to testify about non-privileged "information known or reasonably available to the [corporation]" in accordance with Federal Rule of Civil Procedure 30(b)(6).

**ORDERED** in Tampa, Florida, on October 19, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record