UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAI LAXMI, LLC,

    Plaintiff,

v.                                                             Case No: 8:22-cv-574-SCB-JSS

GREAT AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Plaintiff moves the court to compel Defendant to provide better responses to Plaintiff's First Request for Production as to Requests 11, 12, 18, 19, 20, and 22. (Motion, Dkt. 30). Defendant opposes the Motion. (Dkt. 35.) On December 19, 2022, the court held a hearing on the Motion. At the hearing, Defendant represented that it has fully responded to the discovery requests at issue. Plaintiff's Motion, therefore, is denied without prejudice. Plaintiff may renew the Motion, if warranted. Accordingly, Plaintiff's Motion to Compel (Dkt. 30) is **DENIED** without prejudice.

    **ORDERED** in Tampa, Florida, on December 19, 2022.

                                                        _____
                                                         JULIE S. SNEED
                                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record